IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL CHAMBERS,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA, et al.,**<br>           **Defendants.** | **NO.  19-2867** |

### O R D E R

**AND NOW**, this 12th day of August, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 24), Plaintiff's Response in Opposition (ECF No. 28), Plaintiff's Supplemental Memorandum of Law in Opposition (ECF No. 35), and Defendants' Reply in Support (ECF No. 37), Defendants' Motion is **GRANTED** as to the Section 1981 claims against the individual defendants; these claims are **DISMISSED WITH PREJUDICE**. Defendants' Motion to dismiss the claims against the Commonwealth and PSP is **DENIED IN PART** as to claims predicted on the February 11, 2017, June 17, 2017, and February 10, 2018 adverse actions.  Defendants' Motion is **GRANTED** as to all other claims; those claims are **DISMISSED WITH PREJUDICE**.

                                                            **BY THE COURT:**

                                                            **/s/Wendy Beetlestone, J.**
                                                            _____
                                                            **WENDY BEETLESTONE, J.**